IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHELLE ROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:14-cv-00592-JTM |
| ) | |
| STATE FARM MUTUAL AUTOMOBILE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL

Pursuant to the parties' Stipulation for Dismissal (Doc. #9), the above captioned action is dismissed with prejudice. Each party is to bear its own costs.

IT IS SO ORDERED.

                                         */s/ John T. Maughmer*
                                         **John T. Maughmer**
                                       **United States Magistrate Judge**